# Court of Appeals
## Tenth Appellate District of Texas

### 10-25-00151-CR

Steven Rhodes,
Appellant

v.

The State of Texas,
Appellee

On appeal from the
19th District Court of McLennan County, Texas
Judge Thomas C. West, presiding
Trial Court Cause No. 2022-2229-C1

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

Steven Rhodes appealed the trial court's judgment of conviction signed on April 24, 2025. On October 15, 2025, Rhodes filed a voluntary motion to dismiss the appeal. *See* TEX. R. APP. P. 42.2(a). Rhodes's attorney attached a signed statement from Rhodes evidencing his desire to dismiss the appeal and his attorney has signed the motion to dismiss. *See* TEX. R. APP. P. 42.2(a).

Accordingly, Rhodes's motion to voluntarily dismiss the appeal is granted, and this appeal is dismissed. *Id.*

_____
LEE HARRIS
Justice

OPINION DELIVERED and FILED:  October 23, 2025

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Motion granted
Appeal dismissed
Do Not Publish
CR25

